UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CARLIN SHOUMOUN-NEJAD,<br><br>　　　　　Plaintiff,<br>　v.<br><br>MICHAEL ASTRUE, COMMISSIONER<br>OF SOCIAL SECURITY,<br><br>　　　　　Defendant.<br>_____ | Case No.: C 10-5264 PSG<br><br>**ORDER SETTING DEADLINE FOR PARTIES TO FILE EITHER A "CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE," OR ELSE A "DECLINATION TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT"** |

On April 15, 2011, Plaintiff Carlin Shoumoun-Nejad advised the court that Plaintiff will move for summary judgment. *See* Docket No. 17. This case has been assigned to a Magistrate Judge. Before the court takes any action on the summary judgment motion, the court must determine whether or not all of the parties who have appeared consent to Magistrate Judge jurisdiction, or whether any of the parties request reassignment to a District Judge. Therefore,

IT IS HEREBY ORDERED that no later than April 26, 2011, each party who has not already done so shall file either a "Consent to Proceed Before a United States Magistrate Judge," or else a "Declination to Proceed Before a United States Magistrate Judge and Request for Reassignment." Both forms are available from the clerk of the court, or from the Forms (Civil)

ORDER, *page 1*

1 section of the court's website at www.cand.uscourts.gov.

2 Dated: April 19, 2011

*[signature: Paul S. Grewal]*

PAUL S. GREWAL
United States Magistrate Judge