1  MELINDA L. HAAG, SBN CA 132612
   United States Attorney
2  LUCILLE GONZALES MEIS, SBN CO 15153
   Regional Chief Counsel, Region IX
3  Social Security Administration
   BRENDA M. PULLIN, SBN CO 35181
4  Special Assistant United States Attorney

5      333 Market Street, Suite 1500
       San Francisco, CA 94105
6      Telephone: 415-977-8975
       Fax: 415-744-0134
7      E-mail: Brenda.Pullin@ssa.gov

8  Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CARLIN SHOUMOUN-NEJAD, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MICHAEL J. ASTRUE, ) <br> Commissioner of Social Security ) <br> ) <br> Defendant. ) <br> _____ ) | CASE NO. 5:10-cv-5264-EJD <br><br> DEFENDANT'S UNOPPOSED MOTION <br> AND [~~PROPOSED~~] ORDER <br> FOR EXTENSION OF TIME |

Defendant respectfully requests a first extension of time of 30 days in which to file his cross-motion for summary judgment and opposition to Plaintiff's motion for summary judgment. The extension is needed because of Defendant's counsel's recent illness, which has caused ongoing absences from work due to sickness and doctor's visits. Defendant seeks such extension *nun pro tunc* from July 18, 2011, as mis-calendering and absence from work caused the late filing of this unopposed motion. With the 30-day extension, the new due date for Defendant's motion will be August 17, 2011. Plaintiff's counsel indicated that Plaintiff does not oppose the requested extension.

//

1  The requested extension will cause Plaintiff's Reply to be pushed back by up to 30 days. There have been two previous time modifications in the case, each of which was a 30-day extension of Plaintiff's time to file a motion for summary judgment.

Respectfully submitted,

MELINDA L. HAAG
United States Attorney

Dated: July 27, 2011        By:   */s/ Brenda M. Pullin*
                                  BRENDA M. PULLIN
                                  Special Assistant United States Attorney

## ~~PROPOSED~~ ORDER

Pursuant to Defendant's Unopposed Motion, IT IS HEREBY ORDERED that Defendant shall have a 30-day extension, up to and including August 17, 2011, in which to file his cross-motion for summary judgment and opposition to Plaintiff's motion for summary judgment.

Dated:  July 28, 2011

EDWARD J. DAVILA
UNITED STATES DISTRICT JUDGE